**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

---

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| )  | |
| Plaintiff,   ) | |
| )  | |
| VS.   ) | CR. NO. 1:17-10004-8-STA |
| )  | |
| CHARLIE HARTSHAW,   ) | |
| )  | |
| Defendant.   ) | |

---

**ORDER ON CHANGE OF PLEA**
**AND NOTICE OF SETTING**

---

This cause came to be heard on August 11, 2017, Assistant United States Attorney, Matt Wilson, appearing for the Government and the defendant, Charlie Hartshaw, appearing in person, and with counsel, David Camp.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 2 Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, NOVEMBER 7, 2017 at 11:00 A.M., before Chief Judge S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 11th day of August, 2017.

s/ S. Thomas Anderson
CHIEF JUDGE, U. S. DISTRICT COURT